No. 80–781. INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO, CLC, ET AL. *v.* WESTINGHOUSE ELECTRIC CORP.; and

No. 80–944. WESTINGHOUSE ELECTRIC CORP. *v.* INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO, CLC, ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of these petitions. Reported below: 631 F. 2d 1094.

No. 80–955. WESTINGHOUSE ELECTRIC CORP. *v.* WENGER, COMMISSIONER, WEST VIRGINIA DEPARTMENT OF EMPLOYMENT SECURITY, ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–1635. WESTINGHOUSE ELECTRIC CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–1813. DUBNO, COMMISSIONER OF REVENUE SERVICES OF CONNECTICUT, ET AL. *v.* MOBIL OIL CORP. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–1864. TULLY, COMMISSIONER OF TAXATION AND FINANCE OF NEW YORK, ET AL. *v.* NEW ENGLAND PETROLEUM CORP. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–1928. GUILD TRUST ET AL. *v.* AMOCO PRODUCTION CO. ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.